```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03163-JJT
Keith Charles Stuart                                            Chapter 13
Helene Carrie Stuart
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson              Page 1 of 1           Date Rcvd: Nov 15, 2018
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
db/jdb         +Keith Charles Stuart,   Helene Carrie Stuart,   3113 Hollow Drive,
                East Stroudsburg, PA 18301-8120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 2 Helene Carrie Stuart jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
              J. Zac Christman    on behalf of Debtor 1 Keith Charles Stuart jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Keith Charles Stuart
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com
              Vincent Rubino    on behalf of Debtor 2 Helene Carrie Stuart
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com
                                                                                              TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Keith Charles Stuart, <br> aka Keith C. Stuart, aka Keith Stuart, | Chapter 13 |
| **Debtor 1** | Case No. 5:15–bk–03163–JJT |
| Helene Carrie Stuart, <br> aka Helene Stuart, aka Helene C. Stuart, aka Helene McFarlane, aka Helene C. McFarlane, aka Helene Carrie McFarlane, | |
| **Debtor 2** | |

Social Security No.:
      xxx–xx–4751      xxx–xx–4337

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 15, 2018

By the Court,

*/s/ John J. Thomas*

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

**fnldec** (05/18)